UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN MOON, | No. 2:17-cv-0333 JAM CKD P |
| Plaintiff, | |
| v. | ORDER |
| LEROY DAVID BACA, et al., | |
| Defendants. | |

     Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Most of plaintiff's claims arose in either Los Angeles County or Riverside County, both within the jurisdiction of the United States District Court for the Central District of California, and the court presumes most of the defendants reside within those counties. While plaintiff does name some defendants who presumably reside within the jurisdiction of this court, e.g. Governor Jerry Brown, plaintiff does not state a claim upon which relief can be granted against any of those defendants.

/////

/////

/////

/////

/////

1

1       In light of the foregoing, IT IS HEREBY ORDERED that pursuant 28 U.S.C. § 1404(a),
2 and in the interest of justice, this case is transferred to the United States District Court for the
3 Central District of California.

4 Dated: March 16, 2017

*Carolyn K. Delaney* (signature)

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

9  1/mp
   moon0333.21a