ADRIAN MOON
FULL NAME
California Rehabilitation Center
COMMITTED NAME (if different)
5th Street and Western Ave
FULL ADDRESS INCLUDING NAME OF INSTITUTION
Norco, CA, 92860
AF0335
PRISON NUMBER (if applicable)
(213) 894-1520 office

FILED
CLERK, U.S. DISTRICT COURT

MAR 27 2017

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ADRIAN MOON

PLAINTIFF,

v.

LEROY DAVID BACA et al.

DEFENDANT(S).

CASE NUMBER
2:17-CV-498-SVW-FFM
*To be supplied by the Clerk*

FIRST AMENDED
VERIFIED CIVIL RIGHTS COMPLAINT
PURSUANT TO *(Check one)*
☒ 42 U.S.C. § 1983; § 421; § 431.
☒ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

### A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes   ☐ No

2. If your answer to "1." is yes, how many? _____ 10+ _____

   Describe the lawsuit in the space below.[1] (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

   False imprisonment, slavery, failure to protect, Libel, Slander, False Advertisement, Fraud, criminal conspiracy, extortion, Racketeering, profiteering, Public corruption, Race, sex, age, gender, Religious Discrimination, cruel and unusual punishment, preparing, offering and filing of False/Forge Instruments, perjury, Kidnapping for Ransom, obstruction of justice, Distroying evidence in an pending investigation, gangerizm, tampering with jurors, participating in an organized crime syndicate, mayhem, attempted assasination, defamation of character: see also Moon V. Joe Lizarraga et. al. 2:15-cv-00027-CME-CMK U.S.E.D.

CV-66 (7/97)          VERIFIED CIVIL RIGHTS COMPLAINT          Page 1 of 66

Page 1 of 24

a. Parties to this previous lawsuit:
Plaintiff *Adrian Moon*

Defendants *Leroy Baca, Alexander Peraza, Scott Bastian, Melinda Berry, V. Godfrey, N. Garcia, Michael Johnson*

b. Court *United States Central District Court 2:17-CV-00246-SVW-FFM; CR-16-0066-PA*

c. Docket or case number *2:12-CV-1514/769/632/5327/-UA-MLG*

d. Name of judge to whom case was assigned *Audrey B Collins / Marc L Goldman*

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) *Closed pending payment of filing fees*

f. Issues raised: *R.I.C.O. Act Violations, see also A. Previous Lawsuits item 2*

g. Approximate date of filing lawsuit: *Feb 24, 2012*

h. Approximate date of disposition *2012*

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes ☐ No

   If your answer is no, explain why not _____

   _____

3. Is the grievance procedure completed? ☒ Yes ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure. *See attached Evidence 1-14*

## C. JURISDICTION *AND VENUE 28 SS 1391(b)(2); 1331; 1343; 2201*

This complaint alleges that the civil rights of plaintiff *Adrian Moon*
(print plaintiff's name)

who presently resides at *5th Street and Western Ave Norco, CA 92860*
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
*California Department Correction & Rehabilitation, C.R.C.*
(institution/city where violation occurred)

---

CV-66 (7/97)    *Verified* CIVIL RIGHTS COMPLAINT

on (date or dates) _____ _____ , _____ , _____
(Claim I)           (Claim II)              (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant    Leroy David Baca                                          resides or works at
(full name of first defendant)
441 Bachett St L.A. CA 90012
(full address of first defendant)
Former Los Angeles Sheriff
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both) ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
Baca was the Sheriff over the Los Angeles
County and L.A. County Jail

2. Defendant    Paul TANAKA                                          resides or works at
(full name of first defendant)
441 Bachett St LA CA 90012
(full address of first defendant)
Former Under Sheriff
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both) ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
was former under sheriff over the
Los Angeles County and L.A. County Jail

3. Defendant    Alexander Peraza Badge #515826    resides or works at
(full name of first defendant)
441 Bachett St LA CA 90012
(full address of first defendant)
Sheriff Deputy
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both) ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
Peraza was employed at the Los
Angeles County Jail peace officer

CV-66 (7/97)        VERIFIED    **CIVIL RIGHTS COMPLAINT**        Page 3 of 24    Page 3 of

4. Defendant **Melinda Berry Badge # 300271** resides or works at
(full name of first defendant)
**441 Bachet St. L.A. CA. 90012**
(full address of first defendant)
**Former Sergeant Sheriff**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
**Berry was employed by L.A. County Jail as a Sergeant sheriff - peace officer**

5. Defendant **Scott Bastian Badge # 270432** resides or works at
(full name of first defendant)
**441 Bachet St. L.A. CA. 90012**
(full address of first defendant)
**Former Lieutenant Sheriff dept.**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
**Bastian was employed by L.A. County Jail as a sergent - sheriff - peace officer**

6. Defendant **V. Godfrey Badge # 533852**
**441 Bachet Street L.A. CA. 90012**
**Former Lieutenant Sheriff Dept.**
The defendant is being sued as an individual and in his official capacity.
V. Godfrey was employed by the Los Angeles County Jail as Sheriff - peace officer

7. Defendant **N. Garcia Badge # 300274**
**441 Bachet Street L.A. CA. 90012**
**Former Lieutenant Sheriff Dept.**
The defendant is being sued as an individual and in his official capacity.
N. Garcia was employed by the Los Angeles County Jail as a Sheriff - peace officer.

CV-66 (7/97)    **VERIFIED    CIVIL RIGHTS COMPLAINT**

on (date or dates) _____ _____ _____
                        (Claim I)          (Claim II)          (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

8. Defendant    **Jeffery Ward**                                    resides or works at
                (full name of first defendant)
**5th Street and Western Ave Norco, CA 92860**
(full address of first defendant)
**Correctional Counselor I**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
**Employed at California Rehabilitation Center - Peace Officer**

9. Defendant    **Ranya Atiyeh**                                    resides or works at
                (full name of first defendant)
**5th Street and Western Ave Norco CA 92860**
(full address of first defendant)
**Correctional Counselor III**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
**Employed at California Rehabilitation Center - Peace Officer**

10. Defendant    **Thanh Nguyen**                                   resides or works at
                 (full name of first defendant)
**5th Street and Western Ave Norco CA 92860**
(full address of first defendant)
**Litigation Coordinator**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
**Employed at California Rehabilitation Center - Peace Officer**

on (date or dates) _____ _____ _____
                        (Claim I)              (Claim II)             (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

11. Defendant  P. Serna                                    resides or works at
    (full name of first defendant)
    5th Street and Western Ave. Norco CA 92860
    (full address of first defendant)
    Appeals Coordinator
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
Employed at California Rehabilitation
Center — Peace officer

12. Defendant  M. Reyes                                    resides or works at
    (full name of first defendant)
    5th Street and Western Ave Norco, CA 92860
    (full address of first defendant)
    Correctional Counselor II
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
Employed at California Rehabilitation
Center — Peace officer

13. Defendant  CYNTHIA Y. TAMPKINS                         resides or works at
    (full name of first defendant)
    5th Street and Western Ave Norco, CA 9286
    (full address of first defendant)
    Chief Executive Officer / Warden
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
Employed at California Rehabilitation
Center — Peace officer

CV-66 (7/97)        VERIFIED        **CIVIL RIGHTS COMPLAINT**        Page 3 of 6

page 6 of 24

on (date or dates) _____ , _____ , _____
                    (Claim I)      (Claim II)      (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

**14.** Defendant    Joel Hirst                                              resides or works at
(full name of first defendant)

3rd Street and Western Ave Norco CA 92860
(full address of first defendant)

Correctional Counselor II
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☐ official capacity.

Explain how this defendant was acting under color of law:

Employed at California Rehabilitation Center - Peace officer

**15.** Defendant    Linda Johnson                                           resides or works at
(full name of first defendant)

3rd Street and Western Ave Norco, CA 9286
(full address of first defendant)

Office Service Instructor
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:

Employed at California Rehabilitation Center - Peace Officer

**16.** Defendant    D. Moore                                               resides or works at
(full name of first defendant)

3rd Street and Western Ave Norco CA 92860
(full address of first defendant)

Appeals Analyst (A.G.P.A.) Peace Officer
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:

Employed at California Rehabilitation Center - Peace Officer

CV-66 (7/97)        VERIFIED        **CIVIL RIGHTS COMPLAINT**        Page 3 of 6

on (date or dates) _____
                        (Claim I)              (Claim II)              (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

**17.** Defendant    Christopher DARDEN _____ resides or works at
                     (full name of first defendant)
5895 Washington blvd Culver City 90232
(full address of first defendant)
Attorney
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both) ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
Employed and license as a peace officer
officer.

**18.** Defendant    CAPTAIN CRUZ _____ resides or works at
                     (full name of first defendant)
441 Bacher street LA CA 90012
(full address of first defendant)
Peace Officer
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both) ☐ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
_____
_____

**19.** Defendant    MARY ALLEN GURULE _____ resides or works at
                     (full name of first defendant)
24900 Hwy 202 Tehachapi 92581
(full address of first defendant)
C.C.I Library Technical Assistant
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both) ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
employed by C.C.I prison as a
peace officer

CIVIL RIGHTS COMPLAINT

CV-66 (7/97)                                              Page 8 of 24

Page 8 of 24

20 Defendant **AL B ALLAL** resides or works at
(full name of first defendant)
**17005 Wiley Wells Rd Blythe Ca 90022**
(full address of first defendant)
**Carpentry Instructor, CDCR**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
**Employed by C.D.Cr. as a
peace officer**

21 Defendant **Rachel Parker** resides or works at
(full name of first defendant)
**19025 Wileys Well Rd Blythe Ca 9002**
(full address of first defendant)
**Library Technical Assistant**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
**Employed by C.D.Cr. as a
Peace officer**

22. Defendant Micheal Johnson
resides at, 7410 West Temple #108
Los Angeles, CA 70012
defendant position, Peace officer
The defendant is sued in his individual and official capac[ity]

23. Defendant Edmond G. Brown Jr.
State Capitol First Fl.,
Sacramento, CA. 95814
Employed by state of California
as a peace officer
The defendant is being sued as an individual and
official capacity.

27. Defendant _Stephen V. Wilson_ resides or works at
(full name of first defendant)
_312 N. Spring Street_
(full address of first defendant)
_Federal Employee - Peace officer_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both) ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

28. Defendant _Frederick F. Mumm_ resides or works at
(full name of first defendant)
_312 N. Spring Street_
(full address of first defendant)
_Federal Employee - Peace Officer_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both) ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
_Peace officer_
_____

29(A) Defendant R.E. Jenkins resides or work at California Rehabilitation Center, 5th Street and Western Ave Norco, CA 92860 as a Captain and Peace officer

The defendant is sued in his individual and official capacity

Defendant was acting under color of law as a Peace officer.

STATEMENT OF UNDISPUTED FACTS:

24. As Members of an Organized Crime Syndicate, Defendants Lerory David Baca Paul Tanaka, Melinda Berry, Alexander Peraza, Scott Bastian, V. Godfrey, N. Garcia Jeffery Ward, Randa Atiyeh, Thanh Nguyen, P. Serna, M. Reyes, Cynthia Y. Tampkins, Joel Hirst, Linda Johnson, Mary Allen Gurule, Al B. Allal, Rachel Parker, D. Moore, M. Voong, Michael Johnson, actively participated aided and/or abetted in the miasmic criminal maleficense of enslavement, Failure to protect, false imprisonment, Libel, Slander, defamation of character, Public Corruption, Extortion Racketeering, Profiteering, Fraud, Race sex, gender age, Religious discrimination cruel and unusal punishment, preparing offering and filing of false/forged Instruments, Kidnapping for Ransom, obstruction of Justice in a Federal and State criminal Investigation attempted Assassination, distroying evidence in a pending Federal and State criminal investigation, mayhem gangterism, terrorist threats, parental alienation, against Plaintiff ADRIAN DAMICO MOON in violation of Plaintiff MOON'S First, Second, Fourth, Fifth,

VERIFIED COMPLAINT

Page 12 of 24

on (date or dates) _____, _____, _____
                        (Claim I)           (Claim II)          (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

24. Defendant  California Department Correction & Rehabilitation   resides or works at
                        (full name of first defendant)   Head quarter
1515 S Street  Rm 5-100  Sacramento CA. 94283
           (full address of first defendant)
California  Prisons
           (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☒individual  ☒official capacity.

Explain how this defendant was acting under color of law:
As  peace  officers

25. Defendant  Patrick P McKinney II   resides or works at
                        (full name of first defendant)
1515 S Street  Rm 5-100  Sacramento CA 94283
           (full address of first defendant)
Peace  officer - General Counsel
           (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☒individual  ☒official capacity.

Explain how this defendant was acting under color of law:
Peace  officer

26. Defendant  J Bliudzius   resides or works at
                        (full name of first defendant)
5th Street and Weston Ave, Novaco, CA 92860
           (full address of first defendant)
Correctional Counselor II at C.R.C
           (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☒individual  ☒official capacity.

Explain how this defendant was acting under color of law:
Peace  officer

CV-66 (7/97)                    **CIVIL RIGHTS COMPLAINT**

Page 11 of 17

1  sixth, Eight, Thirteenth and Fourteenth
2  Amendments of the United States
3  and State of California Constitutions
4  and the Federal and State Criminal
5  Statutes.
6    Plaintiff re alleges paragraph A, B, C
7  1-29 inclusively and hereby incorporated
8  by this reference.
9  30. On or about February 2009, Defendant
10 Leroy David Baca issued an order to
11 have Plaintiff Moon falsely arrested
12 to teach Moon a lesson for standing
13 up to the peace officers (Judges) in
14 the Central District Superior Court,
15 the two arresting officers, terrorist
16 threatening "You will know the next
17 time you stand-up for YOUR civil
18 liberties at the Central District Court"
19 31. On or about August 13, 2009, Defendant
20 Leroy David Baca issued an order to
21 falsely arrest Plaintiff Moon to keep
22 Moon from appearing to several
23 court hearings in the Central
24 District Court, Pasadena Superior
25 Court and the U.S. Bankruptcy
26 Court
27 32. Defendant Leroy David Baca
28 issued an order to have his underlings

VERIFIED COMPLAINT

Page 13 OF 24

1  Defendants Paul Tanaka, Captain Cruz,
2  Melinda Berry, Alexander Peraza,
3  Scott Bastian, V. Godfrey, N. Garcia
4  to terrorist threaten Plaintiff Moon's
5  bail bondsman, ALLADDIN not to show
6  up to Four (4) Bail hold hearings,
7  threatening Plaintiff Moon's bail
8  bondsman, ALLADDIN that "they (Defendants)
9  would take their Notary book
10 and investigate ALLADDIN, bringing
11 criminal charges against ALLADDIN.
12 ALLADDIN succomeb to Defendants
13 terrorist threats and never showed
14 to the Bail Hearings
15 **33.** On or about Oct. 11, 2009, Defendant
16 Christopher Darden, after getting the
17 Mitchell to release bail hold
18 colluded with the District Attorneys
19 office, convene an Grand Jury
20 against Judge Mitchell's order
21 and Plaintiff Moon's bail went
22 from $550,000 to 6.7 million
23 charges artfully crafted,
24 "Attempting to file false documents"
25 **34.** During the period of August 13
26 2009 through Oct 8, 2017 Plaintiffs
27 Moon, Anthony Brown and others
28 Federal and state Informants

VERIFIED COMPLAINT

1 Defendants Leroy Baca, Paul Tanaka,
2 Captain Cruz, Melinda Berry, Alexander
3 Peraza, V. Godfrey, N. Garcia, Scott
4 Bastian and others, constantly re-
5 housed plaintiff Moon, not allowing
6 Moon to meet with his legal re-
7 presentative, nor allow Moon in-coming
8 and outgoing mail. "It took Moon's
9 legal representative six months to
10 finally locate Plaintiff Moon.
11 Speaking in a low voice she voiced
12 her concerns stating she had clients
13 that had been murdered by defendants.
14 30. On or about January 31, 2010
15 Defendants captain Cruz, Melinda Berry
16 Alexander Peraza, Scott Bastian, V.
17 Godfrey, N. Garcia at the behest
18 of Defendants leroy Baca and
19 Paul Tanaka beat Plaintiff Moon and
20 placed Moon in solitary confinement,
21 under the guise "Safe Jail Project"
22 without provocation, Defendant
23 Berry terrorist threaten "If don't keep
24 your mouth shut, they might find
25 you dead in here". The 3120-0 floor
26 is for high profile inmates, where
27 O.J. Simpson was housed and where
28 the Organized criminal sheriff gang

VERIFIED COMPLAINT

1. 3000 controlled.
2. **36.** out to court on February 7, 2010,
3. shackeled and placed in the infamous
4. O.J. VAN, then, in a court lock-up cell
5. solely, Moon had cause to call
6. Defendant Captain Cruz's office as
7. a Pro Per, Captain Cruz was over
8. all the Inmate Pro Per's. Defendant
9. Peraza answered, then, threatined Moon, then
10. hung up on Moon and Moon's legal runner,
11. Later in the day, back in Solitary
12. confinement. Defendant Peraza and
13. Bastion showed up to Moon's cell
14. spat at Moon, then, threw in a
15. Rules violation report, this rules
16. violation report has caused Moon
17. to be falsely, incarcerated six
18. years past his State - Early Release
19. Parol date, (E.R.P.D.) The Rules violation
20. falsely stated that a hearing was
21. conducted by Defendants Peraza,
22. Bastian, Godfrey, Garcia, and Barry.
23. **37.** Between the period of march 31, 2014
24. and march 9, 2015, Defendant Mary
25. Allen Gurula filed four (4) false,
26. forged instruments C.D.C. 115 rules
27. violation reports with miasmic
28. criminal male.license. making good

VERIFIED COMPLAINT

Page 16 of 24

1  on a terrorist threat because Plaintiff
2  Moon filed a civil rights lawsuit against
3  Defendant Gurule, Plaintiff Moon spent
4  this whole year in Solitary Confinement
5  lost his Minimum Custody B. designation
6  and was denied his liberty right to
7  be released from prison on Jun 1, 2015
8  and be assigned to CAMP/Firehouse
9  for 2 for 1 days credit.

10  38. On January 12, 2016, Defendant AL B,
11  ALLAL prepared, offered, then filed
12  two Rules Violation Reports CDC-115
13  due to the fact that Plaintiff Moon
14  filed an meritorious lawsuit against
15  ALLAL causing Plaintiff Moon to be
16  falsely incarcerated for more than a
17  year past Moon's early release date.

18  39. On January 28, 2016, Defendant
19  Rachel Parker prepared, offered, then
20  filed a false/forged instrument
21  Rules Violation Report with miasmic
22  criminal conspiracy with defendant
23  ALLAL to keep Plaintiff Moon, kidnapped
24  for Ransom as a slave imprisoned
25  causing Plaintiff Moon to be enslaved
26  one year more past his early Release
27  Parole date. Parker terrorist Release
28  "You will never leave prison Nigger."

VERIFIED COMPLAINT

Page 17 of 26

40. Defendants Cynthia Y, TAMPKINS, Ranya Atiyeh, Jeffery Ward, Joel Hirst, M. Reyes, Thanh Nguyen, Linda Johnson, C. Moore, R. Serna, M. Voong.
since October 21, 2016 have held plaintiff Moon kidnapped for Ransom terrorist threatened phsical serious damage, caused mental anguish and distress, prepared, offered, and filed many false/forged Instruments.

41. On December 23, 2016, at defendants stronghold C.R.C. at a purported HAYGOOD hearing, fashioned more like a NAZI interrogation, Defendants Atiyeh, Hirst, Reyes, Ward, Serna, Carter, Moore as designees for the notorious CYNTHIA Y. Tampkins, terrorist threatened to not removed more than one hundred false/forged Instruments from plaintiff Moon's Central file, not to retroactive apply CAMP/Fire-house 2 for 1 day credits since Oct. 8, 2010, not to apply retroactive 2 for 1 credits for minimum B Custody designation since Jan 1, 2015, then promised to keep plaintiff Moon enslaven for a life-term, indefintely

VERIFIED COMPLAINT

1  if Plaintiff continued to pursue
2  criminal and civil redress under the
3  Federal and state criminal statutes
4  32. Defendant Jeffery Ward cc.I and
5  Joel Hirst cc.II at an Initial classifica-
6  tion hearing, stated " We are the Masters
7  and you are our slave for profit
8  and job security, you are directed
9  to abide by our Laws, not the
10 fucking cc.Title 15, Stupid and if
11 you don't we'll continue to file CDC
12 115's Rules Violation Reports and you
13 again will be our slave indefinitely"
14 33. Defendant Linda Johnson, office
15 service instructor, a well known
16 green waller out of Blythe, CA. at
17 the behest of Defendants Angela
18 Mathews et. al. see Moon et al vs.
19 Mathews et. al. case no. RIC1572192
20 Superior Court Riverside was ordered
21 to restrict my progress in office service
22 terrorist threaten Moon to provoke
23 to be written-up by way of a Rules
24 Violation Report c.o.c. 115, Defendant
25 Johnson on or about January 16, 2017
26 prepared, offered, and filed a false
27 forged Instrument "Progress Report"
28 as "Unsatisfactory" "errored, threatening

VERIFIED COMPLAINT

page 19 OF 24

1  "You are one of those Slick Niggers,
2  we got to watch you" with egregious
3  deliberate indifference to chill Moon
4  from exercising his Liberty or do
5  constitutional rights while in his
6  protected conduct. Violating Plaintiff
7  Moon's First, Second, Fourth, Fifth,
8  Sixth, seventh, eighth, thirteenth
9  and Fourteenth amendments under
10  the United States and California Constitutions
11  Plaintiff realleges content w examples
12  30 through 43 inclusively and are in
13  corporated by this reference.
14  44. Plaintiff Moon is currently in
15  extreme psychological and physical
16  serious irreperable danger, at defendant's
17  stronghold California Rehabilitation Center
18  especially after the U.S. Attorney office
19  Attorney General office, inform co
20  defendants that this instant verified
21  complaint is filed and Plaintiff
22  Moon's information of gang land
23  corruption, extortion, prostitutions,
24  bribery lower at the Hiring Authority
25  level. see attached Evidence 1
26  through 14 incorporated to verified
27  complaint by this reference. Def.
28  ED MUND G. Brown Jr had actual knowledge of conspiracy.

VERIFIED COMPLAINT

page 20 of 24

Plaintiff realleges paragraphs 44
inclusively and hereby incorporated
by this reference.
45. Defendants Stephan V. Wilson,
Frederick F. Mumm, CYNTHIA Y.
TAMPKINS, Jefferey Ward, J. Bludzius,
Ranya Atiyeh, California Department
of Corrections and Rehabilitation Head-
quarters, Patrick P. McKinnen II
with gross deliberate indifference
miasmic criminal malefience,
conspired to not release Plaintiff
Moon from bourdage so that he
couldn't testify at co-defendant
trial Leroy David Baca on march
8, 2017, Wilson and mumm at
a telephonic conversation stating
"that nigger would testify against
mob boss Lee" and Defendant
CYNTHIA Tamplins stated "You
are not suppose to be in bourdage
but my boss ordered me to let
You rot for a few more years that
I AM not meeting with you and
you cannot be a member of my
book Club." Defendant Jeffery
Ward terrorist threatened we need
to write you up before April 7, 2017

VERIFIED COMPLAINT

Page 21 of 24

1  to keep you from being released
2  from our bondage." Defendants
3  J. Blind zius, Jeffery Ward stole
4  legal documents of Plaintiff Moon's
5  from witness R.E. JENKINS, CAPTAIN
6  and U.C.C. Chairperson office that
7  directed them to conduct an Unit
8  classification Committee reducing
9  Plaintiff Moon's custody level to 1
10 and his custody designation to
11 Minimum B. whereby releasing
12 Plaintiff Moon from bondage
13 (Kidnapped for Ransom).
14 46. Defendants California Department
15 of Corrections and Rehabilitation
16 Headquarters, Patrick P McKinney II
17 Stephen V Wilson, Frederick F Mumm
18 Cinthia T Tampkins, Jeffery Ward,
19 J Blind zius, Ramir Atiyeh, obstructed
20 justice, violated federal Criminal
21 statutes R.I.C.O. Act, 1st 2nd
22 4th, 5th, 6th, 7th, 8th, 13th and
23 14th amendment rights of
24 Plaintiff Moon chilling Moon
25 with terrorist threats to exercise
26 his constitutional rights with
27 in his protected conduct.
28 ///

verified complaint

46. Plaintiff Moon has no plain, adequate or complete remedy at law to redress the miasmic criminal maleficence describe herein. Plaintiff Moon has been and will continue to be irreparable damaged by the miasmic criminal maleficence of these defendants, unless this court grants the declaratory and injunctive relief which victim Adrian Moon seeks.

VERIFICATION: As the Chosen One of the Almighty Creator, I have read and considered the foregoing Verified Complaint and I AM hereby verify that the undisputed facts, therein, are true and correct. I certify under the penalty of sin in spirit and truth, that the foregoing is truth.

///

" Fiat justitia et pereat mundus "

Dated: MAR 9, 2017

ADRIAN MOON, Attorney for PLAINTIFF IN Pro Se.

Page 23 of 24

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

Wherefore, plaintiff respectfully prays for relief as follows:

1. Issue a declaratory judgment that the defendants' actions complained of herein violated plaintiff's Liberty Right under federal State Criminal Statutes and under the U.S. & CA. constitutions and as otherwise alleged herein;

2. Award Plaintiff monetary damages, compensatory and punitive, in an amount to be determined at trial; severity

3. Award plaintiff the costs of suit and reasonable attorney fees; and

4. Grant plaintiff such other and further relief as the Court deems just and proper.

5. A preliminary and permanent injunction ordering defendants Leroy David Baca et al to release Plaintiff Moon from boundage (kidnapped for ransom) the jurisdiction of California Corrections and Rehabilitation Headquarters.

March 9th, 2017
_(Date)_

_(Signature of Plaintiff)_

VERIFIED   CIVIL RIGHTS COMPLAINT

CV-66 (7/97)

Page 24 OF 24    Page 6 of 6.

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

1606337

AF0335

IAB USE ONLY

**Institution/Parole Region:** CCC-4-16-01207 **Log #:** **Category:** 2/6/9

*FOR STAFF USE ONLY*

You may appeal any ~~corr~~ections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, _only_ one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.     **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): MOON ADRIAN | CDC Number: AF0335 | Unit/Cell Number: D-404-11L | Assignment: C.R.C. |
|---|---|---|---|

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.): Criminal Staff complaint: C.C.R Title 15, SECTIONS 3316, 3084.9(J); 3084.9(a)(1-3) 3084-1(a): Moon et al. v Mathews et al

**A.** Explain your issue (If you need more space, use Section A of the CDCR 602-A): Since October 5, 2010, Jefferey Ward, CCI and others have actively participated, aided and/or abetted in an criminal conspiracy, see Penal code §182

**B.** Action requested (If you need more space, use Section B of the CDCR 602-A) ① That a parole period / Term Computation (Haygood) Hearing be conducted on or before Nov. 16, 2016. ② That a "Meet and Confer" be

**Supporting Documents: Refer to CCR 3084.3.**

☒ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):
(5) C.C.R. 22 originals    original APL + certified
Summons                    -D-16-01456

☐ No, I have not attached any supporting documents. Reason : _____
_____
_____

Inmate/Parolee Signature: _Adr Moon_     Date Submitted: 11-10-16

☐ **By placing my initials in this box, I waive my right to receive an interview.**

Y
I
N
L
O

RECEIVED
NOV 29 2016
CRC APPEALS OFFICE

RECEIVED
DEC 7 2016
CRC APPEALS OFFICE

REC BY OOA
DEC 2 1 2016

---

**C. First Level - Staff Use Only**                          Staff – Check One: Is CDCR 602-A Attached?  ☒ Yes  ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: 11/18/16   Date: 11/30/16   Date: 12/8/16   Date: _____
☐ Cancelled (See attached letter) Date: _____
☐ Accepted at the First Level of Review.
    Assigned to: _____   Title: _____   Date Assigned: _____   Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
    Date of Interview: _____                 Interview Location: _____
Your appeal issue is:  ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____
    See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ (Print Name)   Title: _____   Signature: _____   Date completed: _____

Reviewer: _____ (Print Name)   Title: _____   Signature: _____

Date received by AC: _____

Exhibit 1

**AC Use Only**
Date mailed/delivered to appellant ___ / ___ / ___

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

EMERGENCY

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 2**

**D. If you are dissatisfied with the First Level response,** explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

Defendants P. Serna, D. Moore and Thanh Nguyen have purposely delayed and harrase Plaintiff Moon in the processing of this Emergency 602 Criminal Staff Complaint to date. these defendants have not presented this Criminal Staff complaint to the Hiring Authority

Inmate/Parolee Signature: [signature] Date Submitted : Dec 6, 2016

**E. Second Level - Staff Use Only** **Staff – Check One: Is CDCR 602-A Attached?** ☐ Yes ☐ No

This appeal has been:

☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: ____ Date: ____ Date: ____ Date: ____
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: ____ Title: ____ Date Assigned: ____ Date Due: ____

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: ____ Interview Location: ____

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ____

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: ____ (Print Name) Title: ____ Signature: ____ Date completed : ____

Reviewer: ____ (Print Name) Title: ____ Signature: ____

Date received by AC: ____

**AC Use Only**
**Date mailed/delivered to appellant** ___/___/___

EMERGENCY

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

C.C.R. Title 15 §§ 3084.6(a)(3) and (a)4 this appeal is to be consolidated with Appeal Log number Centinela D-16-01456, currently at the Third Level Review. These matters have

Inmate/Parolee Signature: [signature] Date Submitted: 12-16-16

**G. Third Level - Staff Use Only**

This appeal has been: JAN 27 2017

☐ Rejected (See attached letter for instruction) Date: ____ Date: ____ Date: ____ Date: ____ Date: ____
☐ Cancelled (See attached letter) Date: ____
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ____

See attached Third Level response.

**Third Level Use Only**
**Date mailed/delivered to appellant** ___/___/___

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

____ Inmate/Parolee Signature: ____ Date: ____

Print Staff Name: ____ Title: ____ Signature: ____ Date: ____

Exhibit 2

*Original*
**EMERGENCY**

STATE OF CALIFORNIA —
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**          DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 602-A (08/09)                                                                                                  Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | | |

**FOR STAFF USE ONLY**

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

**Appeal is subject to rejection if one row of text per line is exceeded.**          **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): MOON, ADRIAN | CDC Number: AFD 335 | Unit/Cell Number: D-404-112 | Assignment: C.R.C. |
|---|---|---|---|

**A. Continuation of CDCR 602, Section A only (Explain your issue):** to keep Plaintiff
Moon falsely imprisoned," "Kidnapped for
Ransom". MOST recently, Jeffery Ward CCI
and others have denied Plaintiff Moon an expe-
dious scheduling of an "Haygood Hearing" see
C.C.R. Title 15 § 3084.9 (d)(1-3); A.P.L.# Continela-
D-16-01456 and a "Meet and Confer" with
the Hiring Authority, now, Cynthia Y. Tampkins
see lawsuit, case entitled, ADRIAN MOON et. al.
vs. Angela Mathews et. al., case No. RIC1512142
" Case Management Status Conference Hearing
scheduled for Nov. 18, 2016. On Nov. 9, 2016 Jeffery
Ward CCI Failed to appear at his Deposition!!!
*Plaintiff-Moon request emergency processing of
the C.R.C. 602 as this criminal conspiracy has
persisted for over seven years, now. Also, P. Serna
is directed to fax a copy of this 602 to Sara
Malone, Chief Ombudsman, phone # (916)
327-8467, FAX # unknown, immediately."

**RECEIVED**
NOV 29 2016
CRC APPEALS OFFICE

**RECEIVED**
DEC 7 2016
CRC APPEALS OFFICE

**REC BY OOA**
DEC 2 1 2016

Inmate/Parolee Signature: *Adrian Moon*          Date Submitted: 11-10-16

**B. Continuation of CDCR 602, Section B only (Action requested):** Conducted on or before Nov.
16, 2016, with the Hiring Authority, Cynthia Y.
Tampkins, C.E.O./Warden. (3) That Jeffery Ward
CCI, personally appear, for his Deposition Subpoena
and produce documents, under a polygraph examination
on or before Nov. 16, 2016. Plaintiff Moon reserves the
Liberty rights to add to this CDCR 602, testimony,
witnesses, documented evidence at the Second
level Review (SLR) unless the hiring Authority
grants the CDCR 602 in it's entirety, see
C.C.R. Title 15 § 3084.7 (d) "Second level Review conducted
by Hiring Authority"; C.C.R. Title 15 § 3084.7 (e)(2) "granted in its entirety

Inmate/Parolee Signature: *Adrian Moon*          Date Submitted: 11-10-16

**Exhibit 3**

Exhibit 4

EM ERGENCY

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):**

this staff
complaint should also have been
listened out at the Second Level
of Review.

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):**

In Krasner v. Adams Moon et. al. V.
Michael Johnson / Joron Beger et. al.
Case Nos. 2:12-cv-15741 7869-UA
Mtg. Additionally I Am Raising false
protect/ imprisonment failure to rehab liable and
tull - Time College Assignment I should
be considered a Primer assignment and
Defendants have also retaliated any Ahietta
Amendment rights by an slanderous
since August 13 2008, Defamatory of
character, Libel, Slander

Inmate/Parolee Signature: [signature]   Date Submitted: Dec 6, 2016

Inmate/Parolee Signature: [signature]   Date Submitted: 12/6/16

# INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE  MOON, AF0335                                    Date: February 1, 2017
Current Housing:  D  404 2000011L

From:  INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER:  CRC-4-17-00108

ASSIGNED STAFF REVIEWER:  AW BUSINESS SERVICES-RECORDS
APPEAL ISSUE:  CASE INFO./RECORDS
DUE DATE:  03/16/2017

PLEASE NOTE:

Inmate MOON, this acts as a notice to you that your appeal has been sent to the above staff for SECOND level response. **Please be advised this Second Level Response will only address the Haygood Hearing, as the other multiple issues described in your appeal narrative are deemed separate and unrelated pursuant to CCR, Title 15, Section 3084.6(b)(8).** If you have any questions, contact the above staff member. If dissatisfied, you have 30 days from the receipt of the response to forward your appeal for THIRD level review.  Third level appeals are to be mailed directly to:

> Chief of Inmate Appeals
> Department of Corrections
> P. O. Box 942883
> Sacramento, CA  94283-0001


☐   D. Moore, AGPA
☐   P. Serna, CC-II
Appeals Coordinator
CRC

Exhibit 5

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

**OFFICE OF APPEALS**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



January 27, 2017

FILED
JAN 3 1 2017

MOON, ADRIAN, AF0335
California Rehabilitation Center
P.O. Box 1841
Norco, CA 92860-0991

RE: TLR# 1606337    CRC-16-01207    CUSTODY/CLASS

The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8. The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(15). You have submitted the appeal for processing at an inappropriate level bypassing required lower level(s) of review.

**M. VOONG, Chief**
Office of Appeals

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.

****PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE****

Exhibit 6

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Thursday, December 8, 2016*

received 12/16/16

*MOON, AF0335*
*D 404 2000011L*

LIVING CONDITIONS, Other, 12/07/2016
Log Number: CRC-4-16-01207
(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is subject to cancellation for failure to correct noted deficiencies.</u>)

The enclosed documents are being returned to you for the following reasons:

*Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(8). Your appeal involves multiple issues that do not derive from a single event, or are not directly related and cannot be reasonably addressed in a single response due to this fact. You may resubmit the unrelated issues separately using separate appeals. Be advised that you are still subject to the submission of one non-emergency appeal every 14 calendar days.*

*You still have not complied with the instructions on the CDC FORM 695 dated 11/18/16. Please refer to the instructions on the CDC 695 dated 11/18/16, in regards to filing separate appeals for your unrelated appeal issues.*

☐  D. Moore, AGPA
☐  P. Serna, CC-II
Appeals Coordinator
CRC

NOTE: If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.

This staff complaint should have been reviewed by the Hiring Authority Cynthia Y TAMPKINS on Nov 14 2016 Appeal Staff ABUSE... 12/16/16 CM

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.

NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED

EXhibit 7

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

**RECEIVED**

Wednesday, November 30, 2016

DEC 7 2016

MOON, AF0335
D 404 2000011L

**CRC APPEALS OFFICE**

LIVING CONDITIONS, Other, 11/29/2016
Log Number: CRC-4-16-01207
(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is subject to cancellation for failure to correct noted deficiencies.</u>)

The enclosed documents are being returned to you for the following reasons:

*Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(8). Your appeal involves multiple issues that do not derive from a single event, or are not directly related and cannot be reasonably addressed in a single response due to this fact. You may resubmit the unrelated issues separately using separate appeals. Be advised that you are still subject to the submission of one non-emergency appeal every 14 calendar days.*

*You have not complied with the instructions on the CDC FORM 695 dated 11/18/16. Please refer to the instructions on the CDC 695 dated 11/18/16, in regards to filing separate appeals for your unrelated appeal issues.*

☐ D. Moore, AGPA
☐ P. Serna, CC-II
Appeals Coordinator
CRC

NOTE: If you are required to respond/explain to this CDCR Form 695, use only the lines provided below.

*[handwritten:]* All classification issues - inter-related 1715 (b e.p 840.5
Sea attached (5) enCR 2215 and (3) ev Qu
Jeffery Ward cci / third cci was suppose to do a pre-I.C.C. interview and take me to an I.C.C. before Dec. 8, 2016 and an Haygood Hearing was suppose to be conducted week ago.

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.

NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED

*[handwritten:]* Exhibit 8

RECEIVED

*Moon et al v. Mathews et al*
*Case No RIC1512192*
*Superior Court - Riverside*

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeal
CDC 1824 Reasonable Modification or Accommodation Request

NOV 29 2016

CRC APPEALS OFFICE

RE: Screening at the FIRST Level

*Friday, November 18, 2016*

⑥ Please Fax a copy by 6p2
of this emergency Chief
to Sara Malone Ombudsman, (916) 327-8461

11/21/16

MOON, AF0335
404 2000011L

LIVING CONDITIONS, Other, 11/14/2016
Log Number: CRC-4-16-01207
(Note: Log numbers are assigned to all appeals for tracking purposes. Your appeal is subject to cancellation for failure to correct noted deficiencies.)

The enclosed documents are being returned to you for the following reasons:

*Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(9). Your appeal issue is obscured by pointless verbiage or voluminous unrelated documentation such that the reviewer cannot be reasonably expected to identify the issue under appeal.* See CCR. Title 15 § 3084. 1 (d)

*Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(8). Your appeal involves multiple issues that do not derive from a single event, or are not directly related and cannot be reasonably addressed in a single response due to this fact. You may resubmit the unrelated issues separately using separate appeals. Be advised that you are still subject to the submission of one non-emergency appeal every 14 calendar days.* RE: I.C.C. hearing § 3084.2 (a)(1) see pursuant to CCR. Title 15 §§ 3084.6 (g)(3);

⑤ Also AIR # Centinela-D-16-01756 (assigned to CRC

witnesses ④

D. Moore, AGPA
P. Serna, CC-II
Appeals Coordinator
CRC

> are precluded from processing or review of this emergency appeal see ccr. Title 15 §§ 3084.7 (d)(1)(A); 3084.7 (d)(2)

① Emergency Notification CCR Title 15 § 3084.5 (b)
② Alleged criminal Misconduct CCR Title 15 § 3084.5 (b)
③ Related Issues I.C.C. hearing - CCR Title 15 § 3084. 2 (a)(1); § 3084.7 (d)(2)

NOTE: If you are required to respond/explain to this CDCR Form 695, use only the lines provided below.

Defendant Jefferson Ward CCR shortly will be doed into Lawsuit. Moon et al v Mathews et al, case No. RIC1512192. P. Serna filed to present this criminal staff complant to the Hiring Authority and screen out at Second level for emergen

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.

processin

11/21/16

NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED

Exhibit 9

Plaintiffs Attorneys                    Defendants Attorneys

1   U.S. Attorneys Office            Attorney Generals Office
2   Eileen M. Decker                 Xavier Becerra
3   ATTN: Brendon Fox &              ATTN: JON ALLIN &
4   Darryl Musick                    Gretchen Beuchshwitz
    312 N. Spring St. #1200          455 Golden Gate Ave #1200 e
5   Los Angeles, CA 90012            San Francisco, CA 94102
6   Federal Public Defenders Office  1300 I Street #125
7   Hilary Potashner, F.P.O.         Sacramento, CA 94244
8   321 East 2nd Street              300 South Spring St.
    Los Angeles, CA 90012            Los Angeles, CA 90013
9

10  December 17, 2016

11  RE: ADRIAN MOON et al vs Michael Johnson et al.
12  Case Nos. 2:12-CV-1514, 7691-UA-MLG
13  RELEASE ON PERSONAL RECOGNIZABLE
    WITHOUT SURETY PENDING THE FINAL
14  DECISION OF THE ABOVE-MENTION CASE

15  Dear Madam and Sirs,
16        I've endured the boundage
17  of the notorious originized crime
18  syndicate "C.L.B. Inc." since 2001.
19  It's time for the shoe to be put
20  on the other foot. Adrian Moon et.al
21  are and have been the victims in these
22  matters,
23        Defendants, I Am requesting that we
24  stipulate to allow me, Victim Moon
25  to be released on Personal Recognizance
26  without surety pending the outcome
27  Final Decision" of all Filed 28 USC §
28  1983's, Habeas Corpus's.

Dated: Dec. 16, 2016
cc: Ranya Atiyeh cc III Adrian Moon -Victim
                Exhibit 10

STATE CALIFORNIA
CDC 839 (Rev. 12/02)

**CDC CLASSIFICATION SCORE SHEET**

DEPARTMENT OF CORRECTIONS
Original - Central File
Canary - C/S
Green - Inmate

4. COUNTY OF LAST LEGAL RESIDENCE **LA** 18

5. FORM IDENTIFICATION (ENTER X in a, b or c)
a) NEW ☒ 21  b) CORRECTION DATE CORRECTED 22  — 23  c) DELETE 29
MO — DAY — YR

### B. BACKGROUND FACTORS

**AGE AT FIRST ARREST MATRIX**

| | POINTS | | POINTS |
|---|---|---|---|
| 0 TO 17 = | 12 | 30 TO 35 = | 4 |
| 18 TO 21 = | 10 | 35 + | = 0 |
| 22 TO 29 = | 8 | | |

FIRST ARREST DATE OR AGE 6/1/10
DATE OF BIRTH 3/23/09

1. AGE AT FIRST ARREST    POINTS (See Matrix) = **0** 50

**AGE AT RECEPTION MATRIX**

| POINTS | | POINTS |
|---|---|---|
| 18 TO 20 = 8 | 27 TO 35 = 4 |
| 21 TO 26 = 6 | 35 + = 0 |

2. AGE AT RECEPTION    POINTS (See Matrix) = **0**

3. TERM IN YEARS **20** x 2 (MAX 50) = **40** 33

4. STREET GANG/DISRUPTIVE GROUP + 6 = 35
a) Type Code 36    b) Verification Code 38

5. MENTAL ILLNESS    CCCMS EOP MHCB DMH
Level of Care Code (Enter X)    39 40 41 42    x 4 = 43

6. PRIOR JAIL OR COUNTY JUVENILE SENTENCE OF 31+ DAYS (MAX 1) + 1 = 44

7. PRIOR INCARCERATION(S)
a) CYA, Juvenile State/Federal Level (MAX 1) + 1 = 46
b) CDC, CRC, Adult State/Federal Level (MAX 1) + 1 = 48

8. TOTAL BACKGROUND FACTORS SCORE = **40**

### C. CORRECTION TO CDC 839 SCORE SHEET (Prior to Rev. 07/02)

1. Use this section to correct a CDC 839 score sheet with a form revision date prior to 07/02.    TOTAL CORRECTION = (+ or -) 47

### D. PRIOR INCARCERATION BEHAVIOR

1. LAST 12 MONTHS OF INCARCERATION
a) FAVORABLE - (No Serious Disciplinary) (points - 4) 50
b) UNFAVORABLE (Serious Disciplinaries) Dates: 2-1-10    NUMBER OF **1** x 4 = **4** 51

2. SERIOUS DISCIPLINARY HISTORY
a) Battery or Attempted Battery on a Non-Prisoner Dates: x 8 = 53
b) Battery or Attempted Battery on an Inmate Dates: x 4 = 55
c) Distribution of Drugs Dates: x 4 = 57
d) Possession of a Deadly Weapon (Double-weight if within last 5 years) Dates: x 4 = 59
e) Inciting a Disturbance Dates: x 4 = 61
f) Battery Causing Serious Injury Dates: x 16 = 63

3. TOTAL PRIOR INCARCERATION
BEHAVIOR SCORE (Combine D.1. and sum of D.2.) (+) 1 - 4

### E. PLACEMENT

MANDATORY MINIMUM SCORE FACTOR CODES AND SCORES

| CODE | | SCORE |
|---|---|---|
| [A] | Condemned | 62 |
| [B] | Life Without Possibility of Parole | 52 |
| [C] | CCR 3375.2(a)(7) Life Inmate | 28 |
| [D] | History of Escape | 19 |
| [E] | Warrants "R" Suffix | 19 |
| [F] | Violence Exclusion | 19 |
| [G] | Public Interest Case | 19 |
| [H] | Other Life Sentence | 19 |

1. PRELIMINARY SCORE (Not less than 0) (Combine item B.8.,Total Background Factors Score, and Item D.3.,Total Prior Incarceration Behavior Score) **44** 65

2. MANDATORY MINIMUM SCORE FACTOR CODE (Assess Highest Factor) 68

3. MANDATORY MINIMUM SCORE 69

ENTER PRELIMINARY SCORE OR MANDATORY MINIMUM SCORE WHICHEVER IS GREATER    4. PLACEMENT SCORE **44** 71

### F. SPECIAL CASE FACTORS

1. HOLDS, WANTS AND DETAINERS (Enter A or P)
Felony 74    USINS 75
2. RESTRICTED CUSTODY SUFFIX (Enter R) 76
3. CURRENT INSTITUTION AND FACILITY **NKSP-RC** 77

4. ELIGIBLE FOR RESTITUTION CENTER (Enter Y or N) 84
5. LEVEL IV DESIGN a) 180 Status (Y/N)    b) Reason Code
6. US ARMED FORCES (Enter Y or N) 85
7. CASEWORKER'S NAME **WAGNER** 86

### G. CLASSIFICATION STAFF REPRESENTATIVE

1. LAST NAME **WILLIAMS** 95
2. DATE OF ACTION **02-02-11** 103 MO DAY YR

3. LEVEL IV DESIGN a) 180 Status (Enter Y to Apply) 109    b) Reason Code 110
4. MINIMUM CUSTODY a) Eligibility (Enter E, L or N) **L** 112    b) Reason Code **CLS** 113
5. CCRC ELIGIBILITY (ENTER REN or REX) 116

6. DEVELOPMENTAL DISABILITY PROGRAM (DDP) CODE **NCF** 118
7. DISABILITY PLACEMENT PROGRAM (DPP) CODE(S)
a) Primary (affects placement) 122    b) 125    c) 128    d) 131

8. ADMINISTRATIVE DETERMINANT CODE(S)
a) **TIM** 134    b) **MED** 137    c) 140    d) 143    e) 146

9. MENTAL HEALTH LEVEL OF CARE (Enter C or E) CCCMS EOP 149
10. INSTITUTION APPROVED **CCC-III** 150
11. REASON FOR ADMINISTRATIVE OR IRREGULAR PLACEMENT 157

### A. IDENTIFYING INFORMATION

1. CDC NUMBER **AF0335**
2. INMATE'S LAST NAME **MOON** 7
3. DATE RECEIVED CDC **10-8-10** 12 MO DAY YR

OSP 09 91492

STATE OF CALIFORNIA
CDCR 841. (Rev. 07/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

*(handwritten: ISSUE A (C 2) CS)*

## CDCR RECLASSIFICATION SCORE SHEET

**4. DATE OF LAST SCORE SHEET**
MO 6 DAY 5 YR 12 18

**5. FORM IDENTIFICATION** (ENTER X in a, b or c) DATE CORRECTED
a) NEW X 24 b) CORRECTION 25 MO DAY YR 26 c) DELETE 32

### B. ANNUAL/ 6 MONTH REVIEW PERIOD DATES

1. REVIEW PERIOD BEGINNING DATE MO 4 DAY 8 YR 12
3. (Enter X) Annual X 39
Number of Full Review Periods 40

2. REVIEW PERIOD ENDING DATE MO 10 DAY 7 YR 12

### E. CORRECTION TO CDC 840 SCORE SHEET (Prior to Rev. 07/02)

1. Use this section to correct a CDC 840 score sheet with a form revision date prior to 07/02. 70

### TOTAL CORRECTION = (+ OR -)

### F. COMPUTATION OF SCORE

1. PRIOR PRELIMINARY SCORE (Preliminary Score from 839/New Preliminary Score from 840 or 841) 2 6 73

2. Net Change in Score (D, 8 minus C, 4) (+ or -) − 4 76 *2*

3. PRELIMINARY SCORE SUBTOTAL (Not less than 0) 22 *24*

4. Change in Term Points (T/P) (x 2) - Old T/P ___ + New T/P ___ (+ or -) 79

5. NEW PRELIMINARY SCORE (Not less than 0) 22 82 *24*

### C. FAVORABLE BEHAVIOR SINCE LAST REVIEW

1. Continuous Minimum Custody x 4 = 45
2. No Serious Disciplinary *2* x 2 = 2 *1* 47
3. Average or Above Performance in Work, School or Vocational Program *NQIP* x 2 = 50
4. TOTAL FAVORABLE POINTS *x 2, 17*

### D. UNFAVORABLE BEHAVIOR SINCE LAST REVIEW

**SERIOUS DISCIPLINARIES** **Number of**
1. Div. A-1/A-2 Dates: x 8 = 52
   Div. B, C & D Dates: x 6 = 54
   Div. E & F Dates: x 4 = 56
2. Battery or Attempted Battery on a Non-Prisoner Dates: x 8 = 58
3. Battery or Attempted Battery on an Inmate Dates: x 4 = 60
4. Distribution of Drugs Dates: x 4 = 62
5. Possession of a Deadly Weapon Dates: x 16 = 64
6. Inciting a Disturbance Dates: x 4 = 66
7. Battery Causing Serious Bodily Injury Dates: x 16 = 68

8. TOTAL UNFAVORABLE POINTS = Ø

### G. PLACEMENT

**MANDATORY MINIMUM SCORE FACTOR CODES AND SCORES**

| CODE | SCORE | CODE | SCORE |
|------|-------|------|-------|
| [1] Condemned | 60 | [4] Warrants "R" Suffix | 19 |
| [2] Life Without Possibility of Parole | 38 | [5] Violence Exclusion | 19 |
| [3] History of Escape | 19 | [6] Other Life Sentence | 19 |

1. SCORE FACTOR CODE (Assess First Applicable Factor) 85
2. MANDATORY MINIMUM SCORE
3. PLACEMENT SCORE ENTER NEW PRELIMINARY SCORE OR MANDATORY MINIMUM SCORE WHICHEVER IS GREATER 22 88 *24*

### H. SPECIAL CASE FACTORS

1. HOLDS, WARRANTS and DETAINERS (Enter A, P or *)
Felony 91 USICE 92
2. RESTRICTED CUSTODY SUFFIX (Enter R or *) 93

3. LEVEL IV DESIGN a. 180 Status (Y/N) b. Reason Code
4. US ARMED FORCES (Enter Y or N) 95

5. CURRENT INSTITUTION AND FACILITY *SNY* C T F - 1 1 96
6. COUNTY OF LAST LEGAL RESIDENCE 103

7. CASEWORKER'S NAME E S P A R Z A FI S 108

### I. CLASSIFICATION STAFF REPRESENTATIVE

1. LAST NAME *MOON* 115

2. DATE OF ACTION MO 10 DAY 26 YR 12 123

3. LEVEL IV DESIGN a) 180 Status (Enter Y or *) 129 b) Reason Code 130

4. MINIMUM CUSTODY a) Eligibility (Enter E, L or P) 132 b) Reason Code *D 2* *YES* 133

5. DEVELOPMENTAL DISABILITY PROGRAM (DDP) CODE *NCF* 139
6. DISABILITY PLACEMENT PROGRAM (DPP) CODE(S) a) (*) Primary (affects placement) 142 b) (*) 146 c) (*) 150 d) (*) 155

7. ADMINISTRATIVE DETERMINANT CODE(S) a) (*) *EXC* 158 b) (*) *ITW* 162 c) (*) 166 d) (*) 170 e) (*) 174

8. MENTAL HEALTH LEVEL OF CARE (Enter C or E) CCCMS EOP 178
9. INSTITUTION APPROVED *SNY* 179
10. REASON FOR ADMINISTRATIVE OR IRREGULAR PLACEMENT 188

### A. IDENTIFYING INFORMATION

1. CDCR NUMBER A F 0 3 3 5
2. INMATE'S LAST NAME M O O N
3. DATE COMPLETED MO 10 DAY 17 YR 17 12

Original - Central File    Canary - OIS    Green - Inmate    CSP 12 129838

RECEIVED DEC 7 2016 CRC APPEALS OFFICE

*(handwritten left margin: Corrected on 8-3-16 By CCL Cing at Corr-Sey)*

*(handwritten bottom: Exhibit 12    Document No. 2    Motion 21)*

1 U.S. Central District Court
2 Eastern Division
3 Office of The Clerk
4 3470 Twelfth Street
5 Riverside, CA 92501
6 Phone # (951) 328-4450
7 Fax # (951) 328-4451
8 MARCH 9, 2017
9 RE: New 42 U.S.C. § 1983 filing
10 Moon V Baca et al.

12 Court Clerk Instructions

14 Dear Filing Clerk or Kiry Gray, Dir.
15 Enclosed is an original
16 Non-consent to magistrate Judge
17 Verified complaint, Ex-parte
18 application to proceed in Forma
19 Pauperis and ex parte application
20 for appointment of homeland
21 Security counsel. Please call
22 (949) 357-6933 to confirm receipt
23 of these documents for filing and
24 the new case number and
25 Judge(s) assignments. Your
26 time and consideration in these
27 matters are graciously appreciated
28 Thanks In Advance!!

To God Be the Glory

BRIAN MOON Atty
Plaintiff In Pro-se

Motion 13

ADRIAN MOON
_____
**Petitioner**

LEROY DAVID BACA et aL
_____
**Respondent(s)**

Case No.
_____

UNITED STATES CENTRAL DISTRICT COURT
EASTERN DIVISION

**ELECTION REGARDING
CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE JUDGE**

- A magistrate judge is available under 28 U.S.C. § 636 ( c) to conduct all proceedings in this case, including dispositive matters, and entry of final judgment. However, a magistrate judge may be assigned to rule on dispositive matters only if all parties voluntarily consent.

- Parties are free to withhold consent to magistrate judge jurisdiction without adverse substantive consequences.

- If both parties consent to have a magistrate judge decide the case, any appeal would be made directly to the Ninth Circuit Court of Appeals, as if a district judge had decided the matter.

- Unless both parties consent to have a magistrate judge decide the case, the assigned magistrate judge will continue to decide only non-dispositive matters, and will issue a Report and Recommendation to the district judge as to all dispositive matters.

*Please check the "yes" or "no" box regarding your decision to consent to a United States Magistrate Judge, and sign below.*

☐ Yes, I voluntarily consent to have a United States Magistrate Judge conduct all further proceedings in this case, decide all dispositive and non-dispositive matters, and order the entry of final judgment.

☒ No, I do not consent to have a United States Magistrate Judge conduct all further proceedings in this case. especially Frederick F. mumm set also general order
14-03 and Local rule 72-5.

Executed on  Feb 2, 2017
Mar 9, 2017
**Date**

_____
**Signature of Petitioner/Counsel for Petitioner**

Motion 14

| LogNumber | Issue | Area Of Origin | ScreenOut Date | Level1 Recei | Level1 Due | Level1 Comple | Level1 Disposition | Level2 Rece | Level2 Due | Level2 Comple | Level2 Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CRC-4-17-00108 | CASE INFO./RECO | CRC/NORCO | | | | | | 2/1/2017 | 3/16/2017 | 3/1/2017 | GRANTED IN PART |
| CRC-4-16-01333 | ADA | CRC-SNY | | 12/27/2016 | 2/9/2017 | 1/10/2017 | DENIED | | | | |
| CRC-4-16-01207 | LIVING CONDITIO | CRC-SNY | 11/18/2016 | | | | | | | | |
| CEN-D-16-01456 | LEGAL | FACILITY D | 10/6/2016 | | | | | | | | |
| CEN-D-16-00840 | LEGAL | FACILITY D | 6/27/2016 | | | | | | | | |
| CEN-D-16-00564 | LEGAL | FACILITY D | 4/29/2016 | | | | | 5/6/2016 | 6/20/2016 | 6/20/2016 | DENIED |
| CEN-D-16-00554 | CUSTODY/CLASS. | FACILITY D | 4/27/2016 | | | | | | | | |
| CEN-D-16-00502 | LEGAL | FACILITY D | | 4/19/2016 | 5/19/2016 | 5/5/2016 | DENIED | | | | |
| CCI-D-15-01238 | STAFF COMPLAIN | CVSP/BLYTHE | 6/16/2015 | | | | | | | | |
| CVSP-X-15-00273 | OTHER | FACILITY B | 6/4/2015 | | | | | | | | |
| NKSP-D-12-01013 | CUSTODY/CLASS. | D2 | 5/9/2012 | | | | | | | | |
| NKSP-A-12-00223 | STAFF COMPLAINTS | | | | | | | 3/13/2012 | 5/8/2012 | 5/8/2012 | GRANTED IN PART |
| NKSP-A- | TRANSFER | | 1/23/2012 | | | | | | | | |
| CCC-L- | STAFF COMPLAIN | LASSEN 5 | 12/5/2011 | | | | | | | | |
| CCC-L- | CUSTODY/CLASS. | LASSEN 5 | 11/28/2011 | | | | | | | | |
| CCC-L- | LEGAL | LASSEN 5 | 11/17/2011 | | | | | | | | |
| CCC-L- | CUSTODY/CLASS. | LASSEN 5 | 11/16/2011 | | | | | | | | |
| CCC-L- | LEGAL | LASSEN 5 | 11/16/2011 | | | | | | | | |
| CCC-L- | LEGAL | LASSEN 5 | 11/15/2011 | | | | | | | | |
| CCC-L- | LEGAL | LASSEN 5 | 11/15/2011 | | | | | | | | |
| CCC-L- | LEGAL | LASSEN 5 | 11/10/2011 | | | | | | | | |
| CCC-L- | LEGAL | LASSEN 5 | 11/10/2011 | | | | | | | | |
| CCC-L- | LEGAL | LASSEN 5 | 11/9/2011 | | | | | | | | |
| CCC-L- | LEGAL | LASSEN 5 | 11/8/2011 | | | | | | | | |
| CCC-L- | LEGAL | LASSEN 5 | 10/19/2011 | | | | | | | | |
| CCC-L- | LEGAL | LASSEN 5 | 10/19/2011 | | | | | | | | |
| CCC-L- | CUSTODY/CLASS. | LASSEN 5 | 10/12/2011 | | | | | | | | |
| CCC-L- | STAFF COMPLAIN | LASSEN 5 | 9/21/2011 | | | | | | | | |
| CCC-L- | STAFF COMPLAIN | LASSEN 5 | 9/14/2011 | | | | | | | | |
| CCC-L- | LEGAL | LASSEN 5 | 8/31/2011 | | | | | | | | |
| CCC-L-11-00381 | LEGAL | LASSEN 5 | 8/24/2011 | 8/25/2011 | 10/7/2011 | 9/28/2011 | GRANTED IN PART | | | | |
| CCC-L-11-00326 | TRANSFER | LASSEN 5 | | | | | | 7/22/2011 | 9/2/2011 | 8/15/2011 | DENIED |
| CCC-L- | CUSTODY/CLASS. | LASSEN 5 | 7/22/2011 | | | | | | | | |
| CCC-L- | CASE INFO./RECO | LASSEN 5 | 7/22/2011 | | | | | | | | |
| CCC-L- | TRANSFER | LASSEN 5 | 7/15/2011 | | | | | | | | |
| CCC-L-11-00309 | TRANSFER | LASSEN 5 | 7/15/2011 | | | | | 7/15/2011 | 8/26/2011 | 8/3/2011 | DENIED |
| CCC-L- | STAFF COMPLAIN | LASSEN 5 | 7/12/2011 | | | | | | | | |
| CCC-L- | CUSTODY/CLASS. | LASSEN 5 | 6/29/2011 | | | | | | | | |
| CCC-L- | LEGAL | LASSEN 5 | 6/29/2011 | | | | | | | | |
| CCC-L- | CUSTODY/CLASS. | LASSEN 5 | 6/29/2011 | | | | | | | | |
| CCC-L- | LEGAL | LASSEN 5 | 6/29/2011 | | | | | | | | |
| CCC-L- | CUSTODY/CLASS. | LASSEN 5 | | | | | | | | | |
| CCC-L- | LEGAL | LASSEN 5 | 6/23/2011 | | | | | | | | |
| CCC-L-11-00264 | MAIL | LASSEN 5 | | 6/16/2011 | 7/29/2011 | 7/5/2011 | GRANTED IN PART | 7/7/2011 | 8/18/2011 | 7/28/2011 | GRANTED IN PART |
| CCC-L- | CASE INFO./RECO | LASSEN 5 | 3/9/2011 | | | | | | | | |
| CCC-L- | CUSTODY/CLASS. | LASSEN 5 | 3/9/2011 | | | | | | | | |
| CCC-L- | CUSTODY/CLASS. | LASSEN 5 | 3/7/2011 | | | | | | | | |
| CCC-L- | CUSTODY/CLASS. | LASSEN 5 | 3/1/2011 | | | | | | | | |
| CTF-S-13-00071 | DISCIPLINARY | WHITNEY HALL | 1/9/2013 | | | | | | | | |
| CTF-S-12-02385 | CUSTODY/CLASS. | WHITNEY HALL | 10/12/2012 | 10/12/2012 | 11/28/2012 | 10/30/2012 | GRANTED IN PART | 11/19/2012 | 1/3/2013 | 12/11/2012 | CANCELLED |
| CTF-S-12-02269 | CUSTODY/CLASS. | WHITNEY HALL | 9/26/2012 | | | | | | | | |
| CTF-S-12-02123 | LEGAL | WHITNEY HALL | 9/18/2012 | | | | | | | | |
| CTF-S-12-01792 | LEGAL | WHITNEY HALL | 8/14/2012 | | | | | | | | |
| CTF-S-12-01597 | TRANSFER | SHASTA A/B U6 | 7/13/2012 | | | | | | | | |
| CVSP-X-13-00154 | CUSTODY/CLASS. | FACILITY B | 2/20/2013 | 3/13/2013 | 4/23/2013 | 4/8/2013 | DENIED | 5/6/2013 | 6/18/2013 | 5/14/2013 | GRANTED IN PART |
| CCI-D-14-02288 | DISCIPLINARY | CCI- A-7 | 9/30/2014 | | | | | | | | |
| CCI-0-14-02044 | STAFF COMPLAIN | CCI- A-7 | 9/11/2014 | | | | | | | | |
| CCI-0-14-01930 | STAFF COMPLAIN | CCI- A-7 | 8/28/2014 | | | | | | | | |
| CCI-0-14-01929 | STAFF COMPLAIN | CCI- A-7 | 8/27/2014 | | | | | 8/21/2014 | 10/3/2014 | 9/19/2014 | GRANTED IN PART |
| CCI-0-14-01550 | STAFF COMPLAIN | CCI- A-7 | 7/18/2014 | | | | | | | | |
| CCI-0-14-01549 | DISCIPLINARY | CCI- A-7 | 7/18/2014 | | | | | | | | |
| CCI-0-14-01217 | STAFF COMPLAIN | CCI-E | | | | | | 6/2/2014 | 7/15/2014 | 7/9/2014 | GRANTED IN PART |
| CCI-0-14-01182 | LEGAL | CCI-E | 6/6/2014 | | | | | | | | |
| CCI-0-14-00910 | CUSTODY/CLASS. | CCI-E | 5/2/2014 | | | | | | | | |
| CCI-0-14-00660 | CUSTODY/CLASS. | CCI-E | 3/28/2014 | | | | | 4/7/2014 | 5/19/2014 | 5/19/2014 | GRANTED IN PART |



| Case | Type | Facility | Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MCSP-C-14-00331 | LEGAL | FACILITY C | 3/13/2014 | | | | | | | | |
| MCSP-C-14-00329 | LEGAL | LIBRARY FAC C | 2/14/2014 | 3/3/2014 | 4/18/2014 | 4/17/2014 | DENIED | 5/20/2014 | 7/2/2014 | 6/11/2014 | DENIED |
| MCSP-O-14-00265 | LEGAL | OTHER INST/REI | 2/11/2014 | | | | | | | | |
| MCSP-C-14-00249 | STAFF COMPLAIN | FACILITY C | 2/7/2014 | | | | | 2/14/2014 | 5/16/2014 | 5/16/2014 | GRANTED IN PART |
| MCSP-C-14-00221 | PROPERTY | AD SEG | 2/5/2014 | 4/4/2014 | 5/16/2014 | 5/15/2014 | DENIED | 6/10/2014 | 7/23/2014 | 7/17/2014 | DENIED |
| MCSP-C-14-00136 | TRANSFER | AD SEG | 1/31/2014 | | | | | 3/21/2014 | 5/5/2014 | 4/29/2014 | DENIED |
| MCSP-C-14-00087 | TRANSFER | FACILITY C | 1/22/2014 | | | | | 3/20/2014 | 5/2/2014 | 4/29/2014 | DENIED |
| MCSP-C-14-00086 | LEGAL | FACILITY C | 1/22/2014 | | | | | | | | |
| MCSP-C-14-00032 | SEGREGATION HE | AD SEG | 1/23/2014 | 1/23/2014 | 3/7/2014 | 2/25/2014 | DENIED | 3/21/2014 | 5/5/2014 | 4/21/2014 | GRANTED IN PART |
| MCSP-M-14-00018 | STAFF COMPLAIN | ICC/UCC | 1/10/2014 | | | | | 2/11/2014 | 4/9/2014 | 5/2/2014 | GRANTED IN PART |
| MCSP-M-14-00010 | STAFF COMPLAIN | MINIMUM 2 | 1/9/2014 | | | | | 1/23/2014 | 3/21/2014 | 3/13/2014 | GRANTED IN PART |
| MCSP-M-14-00009 | STAFF COMPLAIN | MINIMUM 2 | 1/9/2014 | | | | | 1/23/2014 | 3/21/2014 | 3/14/2014 | GRANTED IN PART |
| MCSP-M-14-00008 | STAFF COMPLAIN | MINIMUM 2 | | | | | | 1/23/2014 | 3/21/2014 | 3/18/2014 | GRANTED IN PART |
| MCSP-M-14-00005 | STAFF COMPLAIN | MINIMUM 2 | 1/8/2014 | | | | | 1/23/2014 | 3/27/2014 | 3/21/2014 | GRANTED IN PART |
| MCSP-M-13-02284 | LEGAL | I/M APPEALS | 12/12/2013 | | | | | 12/23/2013 | 2/6/2014 | 2/4/2014 | DENIED |
| MCSP-M-13-02157 | MAIL | MAIL ROOM | 11/21/2013 | 11/20/2013 | 1/7/2014 | 12/26/2013 | DENIED | 1/9/2014 | 2/24/2014 | 2/12/2014 | GRANTED IN PART |
| MCSP-C-13-01938 | CUSTODY/CLASS. | ICC/UCC | 10/24/2013 | 11/27/2013 | 1/9/2014 | 1/8/2014 | DENIED | 1/16/2014 | 3/3/2014 | 2/12/2014 | DENIED |
| VSP-A-13-02230 | STAFF COMPLAIN | FACILITY A | 9/30/2013 | | | | | | | | |
| VSP-S-13-01981 | STAFF COMPLAIN | SHU/AD SEG | 8/20/2013 | | | | | | | | |
| VSP-S-13-01980 | STAFF COMPLAIN | SHU/AD SEG | 8/20/2013 | | | | | | | | |
| VSP-S-13-01895 | STAFF COMPLAIN | SHU/AD SEG | 8/9/2013 | | | | | | | | |
| VSP-S-13-01894 | STAFF COMPLAIN | SHU/AD SEG | 8/9/2013 | | | | | | | | |
| VSP-S-13-01893 | SEGREGATION HE | SHU/AD SEG | 8/9/2013 | | | | | | | | |
| VSP-S-13-01892 | STAFF COMPLAIN | SHU/AD SEG | 8/9/2013 | | | | | | | | |
| VSP-D-13-01671 | LEGAL | FACILITY D | | | | | | 7/2/2013 | 8/28/2013 | 8/27/2013 | DENIED |
| VSP-D-13-01661 | STAFF COMPLAIN | FACILITY D | 7/11/2013 | | | | | | | | |
| VSP-D-13-01598 | STAFF COMPLAIN | FACILITY D | 7/5/2013 | | | | | | | | |
| VSP-D-13-01597 | LIVING CONDITIO | FACILITY D | 7/5/2013 | 7/29/2013 | 9/10/2013 | 8/26/2013 | DENIED | | | | |
| VSP-D-13-01543 | LEGAL | FACILITY D | 6/28/2013 | | | | | | | | |
| VSP-D-13-01479 | LEGAL | FACILITY D | 6/20/2013 | | | | | | | | |
| VSP-D-13-01456 | STAFF COMPLAIN | FACILITY D | 6/19/2013 | | | | | | | | |
| VSP-D-13-01384 | LEGAL | FACILITY D | 6/10/2013 | | | | | 7/17/2013 | 8/28/2013 | 8/27/2013 | GRANTED IN PART |
| VSP-D-13-01370 | TRANSFER | FACILITY D | 6/7/2013 | | | | | | | | |
| VSP-D-13-01095 | CUSTODY/CLASS. | FACILITY D | 5/10/2013 | | | | | | | | |
| VSP-D-13-00875 | TRANSFER | FACILITY D | 4/18/2013 | | | | | | | | |





California Rehabilitation Cen.
Adrien Moon A#D335-D.
5th Street and Western Ave.
Norco, CA 92860

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR 27 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

LEGAL MAIL

U.S. Central District Court
Office of The Clerk - Civil
312 North Spring Street
Los Angeles, CA. 90012

MAIL GENERATED FROM
CA REHAB CENTER
CRC STATE PRISON

02 1M
000 4272653
MAILED FROM ZIP CODE 92380
UNITED STATES POSTAGE
PITNEY BOWES
$ 01.610
MAR 22 2017



C R C
INDIGENT
ENVELOPE



$00.00
FEB 03 2017

604 4272653
MAILED FROM ZIP CODE 92860